

CRIMINAL CAUSE FOR SENTENCING

BEFORE: ROSS, U.S.D.J.   FEB.25,2020   Time: 2:00pm

CR-18-72   DEFT NUMBER: ____

DEFT NAME: **David Wickham**

　X present　　___ not present　　x cust.　　___ bail

DEFENSE COUNSEL: **Florian Miedel**

　X present　　___ not present　　x CJA　　RET.　　LAS

**A.U.S.A.**: Nomi Berenson　　CLERK: D. LASALLE

Reporter: Sophie Nolan　　PO: Alyssa Lopez

INT: (LANG.- ___)

XXX CASE CALLED.　___ SENTENCING ADJ'D TO _____.

X SENTENCING HELD.　x STATEMENTS OF DEFT AND COUNSEL HEARD.

x DEFT SENTENCED ON COUNT ONE & TWO OF THE (Superseding) Indictment / Information.

Defendant is sentenced to 180 months incarceration to be followed by five years supervised release; a special assessment of $200 is imposed.

REMAINING OPEN COUNTS ARE DISMISSED ON　✓ GOVTS MOTION

　　___ COURT'S MOTION

✓ COURT ADVISED DEFT OF RIGHT TO APPEAL.　___ I.F.P. GRANTED.

___ DEFT REMANDED.　___ DEFT ON BAIL PENDING APPEAL.

**OTHER:**